

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

January 23, 2025

<u>VIA ECF</u>

The Honorable Jose R. Almonte
United States Magistrate Judge
Frank R. Lautenberg U.S. Post
Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

   **Re:** *SEC v. Schamens,* **22 Civ. 1219 (CCC) (JRA)**

Dear Judge Almonte:

  Plaintiff Securities and Exchange Commission respectfully writes, pursuant to the Court's order dated January 17, 2025 (Dkt. No. 16), to provide a status report on the parallel criminal proceeding against Defendant David W. Schamens ("Schamens"), now captioned as *United States v. Schamens*, 23 Cr. 255 (BRM) (the "Criminal Proceeding"), given the stay of this case pending the Criminal Proceeding's conclusion. *See* Dkt. No. 12.

  The Criminal Proceeding remains pending. By order dated December 10, 2024 (Criminal Proceeding, Dkt. No. 67), Judge Martinotti scheduled a jury trial in the Criminal Proceeding for November 3, 2025. Schamens subsequently moved for an adjournment of the trial date, which Judge Martinotti denied without prejudice at a conference on January 8, 2025, while also scheduling a follow-up conference for March 10, 2025. *See* Criminal Proceeding, Dkt. No. 69.

            Respectfully submitted,

            <u>/s/ Richard G. Primoff</u>
            Richard G. Primoff
            Senior Trial Counsel

cc: *Pro Se* Defendant David W. Schamens (by UPS)
   Anthony P. Torntore, Esq. (by ECF)